## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| CARDINAL ALUMINUM COMPANY, | ) | Civil Action No.: |
| | ) | |
| | ) | 3:14-cv-857-TBR |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY AND CNA INSURANCE COMPANY a/k/a CNA FINANCIAL CORPORATION | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** on this date, Defendant CNA Financial Corporation, sued herein incorrectly as CNA Insurance Company ("CNA Financial"), by its undersigned counsel, has filed this Notice of Removal, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, removing this action from the Circuit Court of the Commonwealth of Kentucky, Jefferson County to the United States District Court for the Western District of Kentucky. Said defendant by its undersigned attorneys show:

1. Plaintiff Cardinal Aluminum Company ("Cardinal") commenced this action in the Circuit Court of the Commonwealth of Kentucky, Jefferson County, on November 13, 2014, under Case No. 14 CI 005858 ("State Action") by filing a Summons and Complaint.

2. A copy of the Summons and Complaint was received by CNA Financial on November 17, 2014 *via* mail through the Office of the Secretary of State for the Commonwealth of Kentucky. A true copy of Plaintiff's Summons and Complaint and Notice of Service in the State Action is attached as **Exhibit 1**.

3. No further proceedings have taken place in this matter in the State Action in the Circuit Court of Jefferson Court, Kentucky.

4. Plaintiff seeks declaratory judgment, alleges breach of contract, violation of the Unfair Claims Settlement Practices Act for the Commonwealth of Kentucky, and common law bad faith, claiming that certain commercial property insurance afford coverage for the damage to equipment under the Equipment Breakdown coverage provisions in the policies. Plaintiff alleges that it operates a full-service aluminum alloy production business. (Compl., ¶ 9.) Plaintiff further alleges that a crack was discovered on the platen-to-main cylinder weld of its Sutton 1800-ton Extrusion Press, which increased in magnitude at a rapid rate. (*Id.* at ¶¶ 17-18, 21-22.) Plaintiff alleges that it reported the claim to Continental Casualty Company ("Continental Casualty") and sought insurance coverage to repair the crack on the Extrusion Press and that Continental Casualty denied the claim. (*Id.* at ¶¶ 23-24.) Plaintiff seeks both consequential and punitive damages against the defendants.

5. In reporting the claim to Continental Casualty, Plaintiff submitted a written estimate to repair the Extrusion Press. (*See* **Exhibit 2**, attached hereto, ¶ 4.) That estimate was in the amount of $110,000. (*Id.*)

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. §1332(a) and (c), because there is complete diversity between the plaintiff and defendants, and the amount in controversy, upon information and belief, exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. Further, venue is proper, pursuant to 28 U.S.C. §1441(a) because this District encompasses the place where the state court action was brought.

7. Pursuant to Local Rule 8.1, Plaintiff Cardinal was incorporated in Kentucky; has

its principal place of business in Louisville, Kentucky; and its county of residence is Jefferson County, Kentucky.

8. Pursuant to Local Rule 8.1, the state of incorporation, principal place of business, and the county of residence of the defendants is as follows:

a. Defendant CNA Financial was incorporated under the laws of the state of Delaware; has principal place of business in Chicago, Illinois; and its county of residence is Cook County, Illinois.

b. Defendant Continental Casualty was incorporated under the laws of the state of Illinois; has principal place of business in Chicago, Illinois; and its county of residence is Cook County, Illinois.

9. The amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000). Although no specific amount of money damages are alleged in the Complaint, the Complaint alleges a breach of contract claim under certain commercial property insurance policies for the damage to equipment and seeks punitive damages. The written estimate provided by Plaintiff prior to filing this lawsuit to Continental Casualty estimated that it would cost $110,000 to repair the damaged equipment.

10. This Notice of Removal is filed with this Court within thirty days of CNA Financial's receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon such action or proceeding as provided by 28 U.S.C. § 1446(b).

11. All defendants which have been served with the Complaint as of the date of this Notice, including Continental Casualty Company, consent to removal, as required by 28 U.S.C. § 1446(b)(2)(A).

12. Defendant CNA Financial hereby removes this action from the Circuit Court of the Commonwealth of Kentucky, Jefferson County, to the United States District Court for the Western District of Kentucky.

## CERTIFICATION PURSUANT TO RULE 11

The undersigned, as counsel for CNA Financial, hereby certifies pursuant to Rule 11 of the Federal Rules of Civil Procedure that they have read the foregoing Notice of Removal; to the best of their knowledge, information and belief, formed after reasonable inquiry, this notice of removal is well-grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, that is not interposed for any improper purpose such as to harass or to cause unnecessary delays or needless increase in the cost of litigation.

WHEREFORE, the Defendant provides notice that this cause of action pending in the Jefferson Circuit Court, Jefferson County, Kentucky is now removed to the United States District Court for the Western District of Kentucky at Louisville.

Respectfully submitted,

/s/ John W. Phillips
John W. Phillips
PHILLIPS PARKER ORBERSON
& ARNETT PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900

**ATTORNEYS FOR CNA FINANCIAL CORPORATION**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on the 5th day of December, 2014, by U.S. Mail to the following:

R. Gregg Hovious
Kyle G. Bumgarner
Fultz Maddox Hovious & Dickens PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
*Attorney For Plaintiff*

Mindy G. Barfield
Dinsmore & Shohl LLP
Lexington Financial Center
250 West Main Street
Suite 1400
Lexington, KY 40507
*Attorney For Continental Casualty Company*

/s/ John W. Phillips
Attorney

5