# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

### CIVIL ACTION NO. 14-857-TBR

**CARDINAL ALUMINUM COMPANY**                                              **PLAINTIFF**

**VS.**

**CONTINENTAL CASUALTY COMPANY AND
CNA INSURANCE COMPANY A/K/A
CNA FINANCIAL CORPORATION**                                               **DEFENDANTS**

### PLAINTIFF'S NOTICE OF DISMISSAL OF
### DEFENDANT CNA INSURANCE COMPANY
### A/K/A CNA FINANCIAL CORPORATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Cardinal Aluminum Company, by its undersigned counsel, hereby gives notice of dismissal without prejudice of Defendant CNA Insurance Company a/k/a CNA Financial Corporation.

Dated:  December 8, 2014          Respectfully submitted,

                                  FULTZ MADDOX HOVIOUS & DICKENS PLC
                                  R. Gregg Hovious

                                  /s/ R. Gregg Hovious
                                  101 S. Fifth Street, 27th Floor
                                  Louisville, Kentucky 40202-3116
                                  (502) 588-2000

                                  *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

  I certify that on December 8, 2014, a copy of the above was electronically filed through the ECF System, which will send a notice of electronic filing to:

John W. Phillips
PHILLIPS PARKER ORBERSON
& ARNETT PLC
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900

*Attorney for CNA Insurance Company*
*a/k/a CNA Financial Corporation*

Mindy G. Barfield
Dinsmore & Shohl LLP
Lexington Financial Center
250 West Main Street
Suite 1400
Lexington, Kentucky 40507

*Attorney for Defendant Continental*
*Casualty Company*

              s/ R. Gregg Hovious
              *Counsel for Plaintiff*