## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CASE NO. 3:14-CV-857-TBR

CARDINAL ALUMINUM COMPANY                                    PLAINTIFF

V.

CONTINENTAL CASUALTY COMPANY                                 DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

cc: Counsel